# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action: 07-cv-02426-ZLW-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: April 14, 2008** | **Courtroom Deputy:** Ben Van Dyke |

EDDIE DEAN FLUKER,            *Pro se*, via telephone

    **Plaintiff,**

v.

FEDERAL BUREAU OF PRISONS,         Mark S. Pestal

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** RULE 16(b) SCHEDULING CONFERENCE
**Court in session:** 10:44 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

**ORDERED:** The Motion for Order [filed March 14, 2008; doc. 19] is denied as moot for the reasons stated on the record.

**ORDERED:** Plaintiff Fluker's Motion to Amend Complaint [filed March 14, 2008; doc. 20] is granted for the reasons stated on the record. The Amended Prisoner Complaint filed March 14, 2008 (doc. 21) is accepted for filing on this date.

**ORDERED:** The oral motion to withdraw Defendant's Motion for a More Definite Statement [filed March 18, 2008; doc. 24]. The motion (doc. 24) is hereby withdrawn without prejudice.

**ORDERED:** The Complaint [filed March 14, 2008; doc. 18] and the Notice [filed February 29, 2008; doc. 14] are hereby ordered stricken from the record.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off: **September 15, 2008.**

Dispositive Motions deadline: **October 15, 2008.**

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than August 13, 2008**.

HEARING CONCLUDED.
**Court in recess:** 11:48 a.m.
Total time in court: 01:04