IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02426-ZLW-CBS

EDDIE DEAN FLUKER,
    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on several matters filed by Mr. Fluker on April 14, 2008. Pursuant to the Order of Reference dated February 13, 2008 (doc. # 14) and the memorandum dated January 8, 2008 (doc. # 9), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ." Mr. Fluker's filings are clarified as follows, pursuant to Mr. Fluker's representations at the preliminary scheduling conference held on April 14, 2008. Accordingly, IT IS ORDERED that:

1. Mr. Fluker's "Motion to Provide a More Definite Statement . . . " (filed April 14, 2008) (doc. # 29) shall be treated as a further Response to Defendants' Motion for More Definite Statement (doc. # 24).

2. Mr. Fluker's "Prisoner Complaint" (filed April 14, 2008) (doc. # 30) shall be treated as a further Response to Defendants' Motion for More Definite Statement (doc. # 24).

3. Mr. Fluker's "Complaint" (filed April 14, 2008) (doc. # 31) shall be treated as a further Response to Defendants' Motion for More Definite Statement (doc. # 24).

4. The operative Amended Complaint is doc. # 28 (same as doc. # 21, accepted for filing on April 14, 2008).

DATED at Denver, Colorado, this 15th day of April, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge