# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02426-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 20, 2008 | Courtroom Deputy: Ben Van Dyke |

EDDIE DEAN FLUKER,                                             *Pro se*, via telephone

    **Plaintiff,**

v.

FEDERAL BUREAU OF PRISONS,                          Mark S. Pestal

    **Defendant.**

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in Session:     8:47 a.m.**
Court calls case.  Appearances of defense counsel and *pro se* plaintiff.

The parties discuss the pending motions with the court.

**ORDERED:** Plaintiff Fluker's Motion for the Court Assistance to Place Order for Test with Quest Diagnostics and Obtain Prices of Tests Pursuant to Federal Rules of Civil Procedure Rules 26(b)(1) and 12 [filed April 18, 2008; doc. 36] is denied for the reason stated on the record.

**ORDERED:** Plaintiff Fluker's Motion for Officer Names, Kitchen Employee Names, Job Titles, and Food Dietician Name Pursuant to Federal Rules of Civil Procedure Rules 26(b)(1), 34(A)(1),and Rule 12 [filed April 28, 2008; doc. 38] is denied for the reasons stated on the record.

**ORDERED:** Plaintiff Fluker's Motion to Serve Additional Interrogatories Pursuant to Federal Rules of Civil Procedure Rules 33(a), 26(b)(2), and 12 [filed April 28, 2008; doc. 39] is denied for the reasons stated on the record.  Plaintiff may serve interrogatories on the Federal Bureau of Prisons only.

**ORDERED:** Plaintiff Fluker's Motion for the Court Assistance to Assign or Appoint Attorney [filed May 12, 2008; doc. 43] is denied without prejudice for the reason stated on the record.

**ORDERED:** Plaintiff Fluker's Motion for Independent Medical Examination of Biceps Tendon Rupture and Hand Pursuant to Federal Rules of Civil Procedure Rule 35(a) and 12 [filed May 12, 2008; doc. 44] is denied without prejudice for the reasons stated on the record.

**ORDERED:** Plaintiff shall respond to Defendant's Motion to Dismiss (*doc. 48*) by June 9, 2008.

**ORDERED:** Plaintiff may file a Motion for Leave to Amend Complaint, with the proposed amended complaint attached as an exhibit to the motion, by June 16, 2008.

**ORDERED:** All discovery in this case is hereby stayed.

HEARING CONCLUDED.

**Court in recess:** 9:51 a.m.
Total time in court: 01:04