IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02426-ZLW-CBS

EDDIE DEAN FLUKER,
    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS,
NEWTON E. KENDIG,
R. BAUER,
VIKAS V. PATEL,
STEVEN NAFZIGER, and
RONNIE WILEY,
    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2009

GREGORY C. LANGHAM
               CLERK

## SECOND ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Second Amended Prisoner Complaint (doc. # 65), accepted for filing on April 21, 2009, wherein Plaintiff added five new Defendants. Pursuant to the Order of Reference dated January 8, 2008 (doc. # 9), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ." Because Mr. Fluker is incarcerated, it is now

    ORDERED that if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendants Newton E. Kendig, R. Bauer, Vikas V. Patel, Steven Nafziger, and Ronnie Wiley. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Second Amended Prisoner Complaint (doc. # 65) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of

service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process, Defendants shall respond to the Second Amended Prisoner Complaint (doc. # 65) as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 13th day of May, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02426-ZLW-CBS

Eddie Dean Fluker
Reg. No. 03338-084
ADX - Florence
PO Box 8500
Florence, CO 81226

Newton E. Kendig - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

R. Bauer, Steven Nafziger,
and Ron Wiley – **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Vikas V. Patel,

Mark S. Pestal
Assistant United State Attorney
United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on R. Bauer, Steven Nafziger, and Ron Wiley; to the United States Marshal Service for service of process on Vikas V. Patel; SECOND AMENDED COMPLAINT FILED 4/21/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/15/09.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk