# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-02426-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   June 11, 2009** | **Courtroom Deputy:**  Linda Kahoe |

EDDIE DEAN FLUKER,                                                *Pro se*  (via phone)

     Plaintiff,

     v.

FEDERAL BUREAU OF PRISONS,                        Mark S. Pestal

     Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:      11:10 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Motion for Independent Medical Examination of Acute and Chronic Bicep Tendon Rupture (doc #69, filed 5/8/09).

Mr. Fluker makes an oral motion to withdraw doc #69.

**ORDERED:   Plaintiff's oral motion to withdraw Plaintiff's Motion for Independent Medical Examination of Acute and Chronic Bicep Tendon Rupture (doc #69, filed 5/8/09) is GRANTED.  Doc #69 is WITHDRAWN.**

**ORDERED:   A Preliminary Scheduling Conference is set for June 22, 2009 at 10:00 a.m.**

HEARING CONCLUDED.

**Court in recess**:      11:27 a.m.
Total time in court:     00:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.